# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 3, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145538 & (12)

LISA LAMAGNA,
    Plaintiff-Appellee,

v
                SC: 145538
                COA: 310384
                Oakland CC: 2011-118416-NH

SAYEG PLASTIC SURGERY CENTER,
P.C. and AYOUB SAYEG, M.D.,
    Defendants-Appellants.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 28, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2012                     _____
                             Clerk

d0731